IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br>*Defendant*. | Case No. 4:25-CV-00397-JM |

**DEFENDANT GULFSTREAM RISK PARTNER, LLC
d/b/a SQUEEZE INSURANCE'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), by and through undersigned counsel, and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6.2(a), respectively requests a two-week extension of time, up to and including May 29, 2025, to answer or otherwise plead in response to Plaintiff Derrance Harris ("Plaintiff's") Complaint. In support of its Motion, Squeeze states as follows:

1. Plaintiff filed his Complaint on April 23, 2025 and served Squeeze with a copy of the Summons and Complaint on April 24, 2025.

2. Squeeze's responsive pleading is currently due May 15, 2025.

3. Undersigned counsel requests additional time to investigate the allegations in the Complaint and prepare Squeeze's responsive pleading.

4. Accordingly, Squeeze respectfully requests a two-week extension of time, up to and including May 29, 2025, to answer or otherwise plead in response to Plaintiff's Complaint.

5. On May 13, 2025, Plaintiff's counsel confirmed via email that they had no objection to the relief sought in this Motion.

6. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that "the [C]ourt may for good cause, extend time . . . with or without motion or notice if the [C]ourt acts, or if a request is made, before the original time or its extension expires."

7. This is Squeeze's first request for an extension to answer or otherwise plead in response to Plaintiff's Complaint.

8. This Motion is made in good faith and is not interposed for the purposes of harassment or delay. No party will be prejudiced by the Court's granting of Squeeze's motion.

**WHEREFORE**, Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance respectfully requests that the Court enter an Order granting this Unopposed Motion and allowing Squeeze an additional two weeks, up to and including May 29, 2025, to answer or otherwise plead in response to Plaintiff's Complaint, and for any other relief to which it is entitled.

Dated: May 14, 2025

                                      Respectfully submitted,

                                      **GULFSTREAM RISK PARTNER, LLC**
                                      **d/b/a SQUEEZE INSURANCE**

Devin R. Bates (Ark. Bar No. 2016184)
Abigail Grimes (Ark. Bar No. 2024215)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Fax: (501) 688-8807
dbates@mwlaw.com
agrimes@mwlaw.com