IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br>*Defendant*. | Case No. 4:25-CV-00397-JM |

## NOTICE OF APPEARANCE

Abigail Grimes of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., hereby enters her appearance as counsel on behalf of Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance and requests that she receive copies of any and all further notices, pleadings or correspondence in this matter from this point forward.

Respectfully submitted this 14th day May, 2025.

    Abigail Grimes (Ark. Bar No. 2024215)
    **MITCHELL, WILLIAMS, SELIG,**
    **GATES & WOODYARD, PLLC**
    425 West Capitol Avenue, Suite 1800
    Little Rock, Arkansas 72201
    Telephone: (501) 688-8800
    Fax: (501) 688-8807
    agrimes@mwlaw.com

    *Attorneys for Gulfstream Risk Partners, LLC*
    *d/b/a Squeeze Insurance*