IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br>    *Defendant*. | Case No. 4:25-CV-00397-JM |

**NOTICE OF APPEARANCE**

    Devin Bates of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., hereby enters his appearance as counsel on behalf of Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance and requests that he receive copies of any and all further notices, pleadings or correspondence in this matter from this point forward.

    Respectfully submitted this 15th day May, 2025.

                                          Devin Bates (Ark. Bar No. 2016184)
                                          **MITCHELL, WILLIAMS, SELIG,**
                                          **GATES & WOODYARD, PLLC**
                                          425 West Capitol Avenue, Suite 1800
                                          Little Rock, Arkansas 72201
                                          Telephone: (501) 688-8864
                                          Fax: (501) 918-7864
                                          dbates@mwlaw.com

                                          *Attorneys for Gulfstream Risk Partners, LLC*
                                          *d/b/a Squeeze Insurance*