IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br> *Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br> *Defendant*. | Case No. 4:25-CV-00397-JM |

**DEFENDANT GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE'S CORPORATE DISCLOSURE STATEMENT**

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Gulfstream Risk Partners" or "Squeeze") hereby discloses the following:

 1. Gulfstream Risk Partners is a limited liability company organized and existing under the laws of the State of Delaware.

 2. Gulfstream Risk Partners maintains its principal place of business in Boca Raton, Florida.

 3. Gulfstream Risk Partners is not a publicly traded corporation.

 4. Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance is a wholly-owned subsidiary of Squeeze, LLC, a Delaware limited liability company. No publicly held corporation owns 10% or more of Gulfstream Risk Partners, LLC's membership interests.

 Dated: May 15, 2025

Respectfully submitted,

**GULFSTREAM RISK PARTNERS, LLC
d/b/a SQUEEZE INSURANCE**

Devin R. Bates (Ark. Bar No. 2016184)
Abigail Grimes (Ark. Bar No. 2024215)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Fax: (501) 688-8807
dbates@mwlaw.com
agrimes@mwlaw.com