IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br>*Defendant*. | Case No. 4:25-CV-00397-JM |

**DEFENDANT GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE'S MOTION TO ADMIT HARLEY STORRINGS *PRO HAC VICE***

Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), for its motion to admit counsel *pro hac vice*, states as follows:

1. Harley Storrings is the founding member of the law firm Storrings Law, with an office address of 3200 N. University Drive, Suite 203, Coral Springs, Florida 33065.

2. Mr. Storrings is a member in good standing of the Bar of the State of Florida and is admitted to practice in the Courts of the State of Florida and the United States District Courts for the Southern, Middle, and Northern Districts of Florida.

3. Mr. Storrings is not admitted to practice in the United States District Court for the Eastern District of Arkansas.

4. Under Local Rule 83.5(d), Defendant Squeeze designates Devin R. Bates of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., a member in good standing of the Bar of the State of Arkansas and with this Court, as local counsel with whom the Court and opposing

counsel may readily communicate. Mr. Bates' Arkansas State Bar number is 2016184. Mr. Bates' address, telephone number, and email address are as follows:

> Devin R. Bates (*dbates@mwlaw.com*)
> 425 W. Capitol Ave., Ste. 1800
> Little Rock, Arkansas 72201
> Phone: (501) 688-8800

5.     This motion is supported by a declaration of Mr. Storrings attached hereto as Exhibit 1.

WHEREFORE, Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance respectfully requests that its motion to admit counsel *pro hac vice* be granted and that Harley Storrings be permitted to appear *pro hac vice* in this case.

                                        Respectfully submitted,

Dated: May 16, 2025                     Devin R. Bates (Ark. Bar No. 2016184)
       Little Rock, Arkansas            Abigail Grimes (Ark. Bar No. 2024215)
                                        MITCHELL, WILLIAMS, SELIG,
                                        GATES & WOODYARD, PLLC
                                        425 West Capitol Avenue, Suite 1800
                                        Little Rock, Arkansas 72201
                                        Telephone: (501) 688-8800
                                        Fax: (501) 688-8807
                                        *dbates@mwlaw.com*
                                        *agrimes@mwlaw.com*

                                        *Attorneys for Gulfstream Risk Partners, LLC*
                                        *d/b/a Squeeze Insurance*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br>    *Defendant*. | Case No. 4:25-CV-00397-JM |

**DECLARATION OF HARLEY STORRINGS
IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Harley Storrings, declare under penalty of perjury that the following is true and correct:

    1.    I am a founding member of Storrings Law and counsel for Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance in the above-captioned matter. I submit this Declaration in support of Defendant's Motion to Admit Harley Storrings *Pro Hac Vice*. I am associated with local counsel in this case, Devin R. Bates, who is a member in good standing of this Court.

    2.    I am an attorney licensed in Florida (Bar Registration No. 870641). I was admitted to practice in the State of Florida in 2004. My office address is 3200 N. University Drive, Suite 203, Coral Springs, Florida 33065.

    3.    I am in good standing and currently eligible to practice in the Courts of the State of Florida and the United States District Courts for the Southern, Middle, and Northern Districts of Florida.

4.       No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5.       Defendant has requested my representation in the above-captioned matter.

6.       I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.


Dated: May 16, 2025                           Harley Storrings
       Coral Springs, FL                    STORRINGS LAW
                                                    3200 N University Dr Ste 203
                                                    Coral Springs, FL  33065
                                                    Phone: (954) 302-7148
                                                    Email: *harley@storringslaw.com*

                                                    *Attorneys for Gulfstream Risk Partners, LLC*
                                                    *d/b/a Squeeze Insurance*