**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

DERRANCE HARRIS, on behalf of himself
and others similarly situated,

     *Plaintiff,*

v.

GULFSTREAM RISK PARTNERS, LLC
d/b/a SQUEEZE INSURANCE,

     *Defendant.*

**Case No. 4:25-CV-00397-JM**

<u>**DEFENDANT GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE'S**</u>
<u>**MOTION TO COMPEL ARBITRATION, OR ALTERNATIVELY,**</u>
<u>**TRANSFER VENUE OR DISMISS THE COMPLAINT**</u>

     Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), by and

through its attorneys, Storrings Law and Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.,

for its Motion to Compel Arbitration, or alternatively, Transfer Venue or Dismiss the Complaint

(Doc. 1), submits the following:

     1.     Plaintiff's claims should be compelled to arbitration pursuant to the Federal

Arbitration Act ("FAA") because these claims are subject to a binding and enforceable arbitration

agreement.

     2.     In the alternative to compelling arbitration, Defendant seeks of transfer of this case

to the District Court for the Southern District of Florida pursuant to 28 U.S.C.A. §1404(a) because

the plain language of Squeeze's Terms of Service requires it.

     3.     To the extent that the Court reaches the merits of the Complaint, the Complaint

should be dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff does

not allege any facts concerning how Squeeze allegedly texted his cell phone using an automatic telephone dialing system ("ATDS"). This is a required element of the claim that is absent.

4.      If this case does survive, which it should not, Squeeze requests that the Court strike the class allegations under Fed. R. Civ. P. 12(f) because Plaintiff proposes an improper "fail safe" class.

5.      Lastly, Defendant respectfully moves for a more definite statement pursuant to Fed. R. Civ. P. 12(e) because the Complaint is too ambiguous for Defendant to be required to frame a responsive pleading.

6.      For these reasons, and the reasons more fully set forth in its brief filed contemporaneously with this Motion, Squeeze requests the Court order this dispute to binding arbitration, or alternatively, transfer venue to the Southern District of Florida; dismiss the Complaint outright for failure to state a claim upon which relief may be granted, strike the class allegations, or require Plaintiff to file an amended complaint setting forth in more definite terms his claim or cause of action before Defendant is required to respond herein

Respectfully submitted,

Dated: May 29, 2025

Devin R. Bates (Ark. Bar No. 2016184)
Abigail Grimes (Ark. Bar No. 2024215)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Fax: (501) 688-8807
*dbates@mwlaw.com*
*agrimes@mwlaw.com*

*and*

Harley Storrings (*Pro Hac Vice*)
STORRINGS LAW
3200 N University Dr Ste 203
Coral Springs, FL  33065
Phone: (954) 302-7148
Email: *harley@storringslaw.com*

*Attorneys for Gulfstream Risk Partners, LLC*
*d/b/a Squeeze Insurance*

# Terms of Service

Please read these Terms of Service ( Privacy Policy at Squeeze.com/privacy the "Terms of Service") fully and carefully before using www.Squeeze.com (the "Site") and the services, features, content or applications offered by Squeeze. ("we", "us" or "our") (together with the Site, the "Services"). These Terms of Service set forth the legally binding terms and conditions for your use of the Site and the Services.

# Acceptance of Terms of Service.

1. By registering for and/or using the Services in any manner, including but not limited to visiting or browsing the Site, you agree to these Terms of Service and all other operating rules, policies and procedures that may be published from time to time on the Site by us, each of which is incorporated by reference and each of which may be updated from time to time without notice to you.

2. By entering your phone number, you give Squeeze permission to text you about your quote or other Squeeze services, including with an automated dialing system.

3. Certain of the Services may be subject to additional terms and conditions specified by us from time to time; your use of such Services is subject to those additional terms and conditions, which are incorporated into these Terms of Service by this reference.

4. These Terms of Service apply to all users of the Services, including, without limitation, users who are contributors of content, information, and other materials or services, registered or otherwise.

5. ARBITRATION NOTICE AND CLASS ACTION WAIVER: EXCEPT FOR CERTAIN TYPES OF DISPUTES DESCRIBED IN THE ARBITRATION SECTION BELOW, YOU AGREE THAT DISPUTES BETWEEN YOU AND US WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

6. By registering for the Services, by opening an Account, and by accepting these Terms, you are expressly consenting to Squeeze using your personal information for purposes of obtaining data on you from third party databases, including without limitation, credit agencies, state departments of motor vehicles and similar agency or services that collect vehicle and driver information, and/or the Comprehensive Loss Underwriting Exchange (also known as CLUE) and/or an insurance claims history database.

**EXHIBIT**

**1**

# Eligibility

1. You represent and warrant that you are at least 18 years of age. If you are under age 18, you may not, under any circumstances or for any reason, use the Services. We may, in our sole discretion, refuse to offer the Services to any person or entity and change its eligibility criteria at any time. You are solely responsible for ensuring that these Terms of Service are in compliance with all laws, rules and regulations applicable to you and the right to access the Services is revoked where these Terms of Service or use of the Services is prohibited or to the extent offering, sale or provision of the Services conflicts with any applicable law, rule or regulation. Further, the Services are offered only for your use, and not for the use or benefit of any third party.

# Registration

1. To sign up for the Services, you must register for an account on the Services (an "Account"). You must provide accurate and complete information and keep your Account information updated. You shall not: (i) select or use as a username a name of another person with the intent to impersonate that person; (ii) use as a username a name subject to any rights of a person other than you without appropriate authorization; or (iii) use, as a username, a name that is otherwise offensive, vulgar or obscene. You are solely responsible for the activity that occurs on your Account, and for keeping your Account password secure. You may never use another person's user account or registration information for the Services without permission. You must notify us immediately of any change in your eligibility to use the Services (including any changes to or revocation of any licenses from state authorities), breach of security or unauthorized use of your Account. You should never publish, distribute or post login information for your Account. You shall have the ability to delete your Account, either directly or through a request made to one of our employees or affiliates.

# Content

1. Definition. For purposes of these Terms of Service, the term "Content" includes, without limitation, information, data, text, photographs, videos, audio clips, written posts and comments, software, scripts, graphics, and interactive features generated, provided, or otherwise made accessible on or through the Services. For the purposes of this Agreement, "Content" also includes all User Content (as defined below).

2. User Content. All Content added, created, uploaded, submitted, distributed, or posted to the Services by users (collectively "User Content"), whether publicly posted or privately transmitted, is the sole responsibility of the person who originated such User Content. You represent that all User Content provided by you is accurate, complete, up-to-date, and in compliance with all applicable laws, rules and regulations. You acknowledge that all Content, including User Content, accessed by you using the Services is at your own risk and you will be solely responsible for any damage or loss to you or any other party resulting therefrom. We do not guarantee that any Content you access on or through the Services is or will continue to be accurate.

3. Privacy Laws. We handle User Content in compliance with the privacy laws applicable in us.

4. Notices and Restrictions. The Services may contain Content specifically provided by us, our partners or our users and such Content is protected by copyrights, trademarks, service marks, patents, trade secrets or other proprietary rights and laws. You shall abide by and maintain all copyright notices, information, and restrictions contained in any Content accessed through the Services.

5. Use License. Subject to these Terms of Service, we grant each user of the Services a worldwide, non-exclusive, non-sublicensable and non-transferable license to use (i.e., to download and display locally) Content solely for purposes of using the Services. Use, reproduction, modification, distribution or storage of any Content for other than purposes of using the Services is expressly prohibited without prior written permission from us. You shall not sell, license, rent, or otherwise use or exploit any Content for commercial use or in any way that violates any third party right.

6. License Grant. By submitting User Content through the Services, you hereby do and shall grant us a worldwide, non-exclusive, perpetual, royalty-free, fully paid, sublicensable and transferable license to use, edit, modify, truncate, aggregate, reproduce, distribute, prepare derivative works of, display, perform, and otherwise fully exploit the User Content in connection with the Site, the Services and our (and our successors' and assigns') businesses, including without limitation for promoting and redistributing part or all of the Site or the Services (and derivative works thereof) in any media formats and through any media channels (including, without limitation, third party websites and feeds), and including after your termination of your Account or the Services. You also hereby do and shall grant each user of the Site and/or the Services a non-exclusive, perpetual license to access your User Content through the Site and/or the Services, and to use, edit, modify, reproduce, distribute, prepare derivative works of, display and perform such User Content, including after your

termination of your Account or the Services. For clarity, the foregoing license grants to us and our users does not affect your other ownership or license rights in your User Content, including the right to grant additional licenses to your User Content, unless otherwise agreed in writing. You represent and warrant that you have all rights to grant such licenses to us without infringement or violation of any third party rights, including without limitation, any privacy rights, publicity rights, copyrights, trademarks, contract rights, or any other intellectual property or proprietary rights.

7. Availability of Content. We do not guarantee that any Content subject to the license granted pursuant to section 4.E will be made available on the Site or through the Services. We reserve the right to, but do not have any obligation to, (i) remove, edit or modify any Content in our sole discretion, at any time, without notice to you and for any reason (including, but not limited to, upon receipt of claims or allegations from third parties or authorities relating to such Content or if we are concerned that you may have violated these Terms of Service), or for no reason at all and (ii) to remove or block any Content from the Services.

# Rules of Conduct

1. As a condition of use, you promise not to use the Services for any purpose that is prohibited by these Terms of Service. You are responsible for all of your activity in connection with the Services.

2. You shall not (and shall not permit any third party to) either (a) take any action or (b) upload, download, post, submit or otherwise distribute or facilitate distribution of any Content on or through the Service, including without limitation any User Content, that: (1) infringes any patent, trademark, trade secret, copyright, right of publicity or other right of any other person or entity or violates any law or contractual duty; (2) you know is false, misleading, untruthful or inaccurate; (3) is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortious, obscene, vulgar, pornographic, offensive, profane, contains or depicts nudity, contains or depicts sexual activity, or is otherwise inappropriate as determined by us in our sole discretion; (4) constitutes unauthorized or unsolicited advertising, junk or bulk e-mail ("spamming"); (5) contains software viruses or any other computer codes, files, or programs that are designed or intended to disrupt, damage, limit or interfere with the proper function of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any system, data, password or other information of ours or of any third party; (6)

impersonates any person or entity, including any of our employees or representatives; or (7) includes anyone's identification documents or sensitive financial information.

3. You shall not: (i) take any action that imposes or may impose (as determined by us in our sole discretion) an unreasonable or disproportionately large load on our (or our third party providers') infrastructure; (ii) interfere or attempt to interfere with the proper working of the Services or any activities conducted on the Services; (iii) bypass, circumvent or attempt to bypass or circumvent any measures we may use to prevent or restrict access to the Services (or other accounts, computer systems or networks connected to the Services); (iv) run any form of auto-responder or "spam" on the Services; (v) use manual or automated software, devices, or other processes to "crawl" or "spider" any page of the Site; (vi) harvest or scrape any Content from the Services; or (vii) otherwise take any action in violation of our guidelines and policies.

4. You shall not (directly or indirectly): (i) decipher, decompile, disassemble, reverse engineer or otherwise attempt to derive any source code or underlying ideas or algorithms of any part of the Services (including without limitation any application), except to the limited extent applicable laws specifically prohibit such restriction, (ii) modify, translate, or otherwise create derivative works of any part of the Services, or (iii) copy, rent, lease, distribute, or otherwise transfer any of the rights that you receive hereunder. You shall abide by all applicable local, state, national and international laws and regulations.

5. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce these Terms of Service, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of us, our users and the public.

# Third Party Services

1. The Services may permit you to link to other websites, services or resources on the Internet, and other websites, services or resources may contain links to the Services. When you access third party resources on the Internet, you do so at your own risk. These other resources are not under our control, and you acknowledge that we are not responsible or liable for the content, functions, accuracy, legality, appropriateness or any other aspect of such websites or resources. The inclusion of any such link does not imply our endorsement

or any association between us and their operators. You further acknowledge and agree that we shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with the use of or reliance on any such content, goods or services available on or through any such website or resource.

2. You shall not (and shall not permit any third party to) either (a) take any action or (b) upload, download, post, submit or otherwise distribute or facilitate distribution of any Content on or through the Service, including without limitation any User Content, that: (1) infringes any patent, trademark, trade secret, copyright, right of publicity or other right of any other person or entity or violates any law or contractual duty; (2) you know is false, misleading, untruthful or inaccurate; (3) is unlawful. The information we provide is not and should not be construed as insurance advice. Any insurance purchasing conclusions and decisions such as coverage amounts, limits and deductibles are completely and solely the responsibility of the insured. The Company is not responsible for determining the suitability of insurance coverage acquired through the Services. At the time of a claim, coverage will be determined in accordance with the terms and conditions of the applicable insurance policy. Accordingly, you are encouraged to view/download a specimen of your actual policy documentation prior to making any decision to purchase insurance through the Services., threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortious, obscene, vulgar, pornographic, offensive, profane, contains or depicts nudity, contains or depicts sexual activity, or is otherwise inappropriate as determined by us in our sole discretion; (4) constitutes unauthorized or unsolicited advertising, junk or bulk e-mail ("spamming"); (5) contains software viruses or any other computer codes, files, or programs that are designed or intended to disrupt, damage, limit or interfere with the proper function of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any system, data, password or other information of ours or of any third party; (6) impersonates any person or entity, including any of our employees or representatives; or (7) includes anyone's identification documents or sensitive financial information.

# Payment and Billing

1. The Company does not currently charge for the Services but it reserves the right to do so in the future. In the event that any Services you are using will result in a fee, the Company will notify you in a commercially reasonable fashion.

2. The Company may be paid commissions by insurers from whom you elect to purchase insurance and these payments may vary based upon factors such as the amount of business that we place with an insurer or by other factors established by the Company or by the insurers.

# Termination

1. As permitted by law governing the termination of brokerage relationships, we may terminate your access to all or any part of the Services at any time, with or without cause, with or without notice, effective immediately, which may result in the forfeiture and destruction of all information associated with your membership. If you wish to terminate your Account, you may do so by following the instructions on the Site or through the Services. Any fees paid hereunder are non-refundable. All provisions of these Terms of Service which by their nature should survive termination shall survive termination, including, without limitation, licenses of User Content, ownership provisions, warranty disclaimers, indemnity and limitations of liability.

# Warranty Disclaimer

1. Except to the extent that we operate as your broker we have no special relationship with or fiduciary duty to you. You acknowledge that We have no duty to take any action regarding: (a) which users gain access to the Services; (b) what Content you access via the Services; or (c) you may interpret or use the Content.

2. You release us from all liability for you having acquired or not acquired Content through the Services. We make no representations concerning any Content contained in or accessed through the Services, and we will not be responsible or liable for the accuracy, copyright compliance, or legality of material or Content contained in or accessed through the Services.

3. THE SERVICES AND CONTENT ARE PROVIDED "AS IS", "AS AVAILABLE" AND WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND ANY WARRANTIES IMPLIED BY ANY COURSE OF PERFORMANCE OR USAGE OF TRADE, ALL OF WHICH ARE EXPRESSLY DISCLAIMED. WE, AND OUR DIRECTORS, EMPLOYEES, AGENTS, SUPPLIERS, PARTNERS AND CONTENT PROVIDERS DO NOT WARRANT THAT: (I) THE SERVICES WILL BE SECURE OR AVAILABLE AT ANY

PARTICULAR TIME OR LOCATION; (II) ANY DEFECTS OR ERRORS WILL BE CORRECTED; (III) ANY CONTENT OR SOFTWARE AVAILABLE AT OR THROUGH THE SERVICES IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS; OR (IV) THE RESULTS OF USING THE SERVICES WILL MEET YOUR REQUIREMENTS. YOUR USE OF THE SERVICES IS SOLELY AT YOUR OWN RISK.

# Indemnification

1. You shall defend, indemnify, and hold harmless us, our affiliates and each of our and their respective employees, contractors, directors, suppliers and representatives from all liabilities, claims, and expenses, including reasonable attorneys' fees, that arise from or relate to your use or misuse of, or access to, the Services, Content, or otherwise from your User Content, violation of these Terms of Service, or infringement by you, or any third party using your Account or identity in the Services, of any intellectual property or other right of any person or entity. We reserve the right to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will assist and cooperate with us in asserting any available defenses.

# Limitation of Liability

1. IN NO EVENT SHALL WE, NOR OUR DIRECTORS, EMPLOYEES, AGENTS, PARTNERS, SUPPLIERS OR CONTENT PROVIDERS, BE LIABLE UNDER CONTRACT, TORT, STRICT LIABILITY, NEGLIGENCE OR ANY OTHER LEGAL OR EQUITABLE THEORY WITH RESPECT TO THE SERVICES (I) FOR ANY LOST PROFITS, DATA LOSS, COST OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, OR SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE, COMPENSATORY OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER (HOWEVER ARISING), (II) FOR ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE (REGARDLESS OF THE SOURCE OF ORIGINATION), OR (III) FOR ANY DIRECT DAMAGES IN EXCESS OF (IN THE AGGREGATE) OF THE GREATER OF (A) FEES PAID TO US FOR THE PARTICULAR SERVICES DURING THE IMMEDIATELY PREVIOUS THREE (3) MONTH PERIOD OR (B) $500.00.

# ARBITRATION CLAUSE & CLASS ACTION WAIVER – IMPORTANT –

# PLEASE REVIEW AS THIS AFFECTS YOUR LEGAL RIGHTS

1. Arbitration. YOU AGREE THAT ALL DISPUTES BETWEEN YOU AND US (WHETHER OR NOT SUCH DISPUTE INVOLVES A THIRD PARTY) WITH REGARD TO YOUR RELATIONSHIP WITH US, INCLUDING WITHOUT LIMITATION DISPUTES RELATED TO THESE TERMS OF SERVICE, YOUR USE OF THE SERVICES, AND/OR RIGHTS OF PRIVACY AND/OR PUBLICITY, WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION UNDER THE AMERICAN ARBITRATION ASSOCIATION'S RULES FOR ARBITRATION OF CONSUMER-RELATED DISPUTES AND YOU AND WE HEREBY EXPRESSLY WAIVE TRIAL BY JURY; PROVIDED, HOWEVER, THAT TO THE EXTENT THAT YOU HAVE IN ANY MANNER VIOLATED OR THREATENED TO VIOLATE OUR INTELLECTUAL PROPERTY RIGHTS, WE MAY SEEK INJUNCTIVE OR OTHER APPROPRIATE RELIEF IN ANY STATE OR FEDERAL COURT IN THE STATE OF FLORIDA. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION. As an alternative, you may bring your claim in your local "small claims" court, if permitted by that small claims court's rules and if within such court's jurisdiction, unless such action is transferred, removed or appealed to a different court. You may bring claims only on your own behalf. Neither you nor we will participate in a class action or class-wide arbitration for any claims covered by this agreement to arbitrate. YOU ARE GIVING UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS. You also agree not to participate in claims brought in a private attorney general or representative capacity, or consolidated claims involving another person's account, if we are a party to the proceeding. This dispute resolution provision will be governed by the Federal Arbitration Act and not by any state law concerning arbitration. In the event the American Arbitration Association is unwilling or unable to set a hearing date within one hundred and sixty (160) days of filing the case, then either we or you can elect to have the arbitration administered instead by the Judicial Arbitration and Mediation Services. Judgment on the award rendered by the arbitrator may be entered in any court having competent jurisdiction. Any provision of applicable law notwithstanding, the arbitrator will not have authority to award damages, remedies or awards that conflict with these Terms of Service. You agree that regardless of any statute or law to

the contrary, any claim or cause of action arising out of, related to or connected with the use of the Services or these Terms of Services must be filed within one (1) year after such claim of action arose or be forever banned.

2. Severability. If the prohibition against class actions and other claims brought on behalf of third parties contained above is found to be unenforceable, then all of the preceding language in this Arbitration section will be null and void. This arbitration agreement will survive the termination of your relationship with us.

# Governing Law and Jurisdiction

1. These Terms of Service shall be governed by and construed in accordance with the laws of the State of Florida, including its conflicts of law rules, and the United States of America. You agree that any dispute arising from or relating to the subject matter of these Terms of Service shall be governed by the exclusive jurisdiction and venue of the state and Federal courts of Boca Raton, Florida.

# Modification

1. We reserve the right, in our sole discretion, to modify or replace any of these Terms of Service, or change, suspend, or discontinue the Services (including without limitation, the availability of any feature, database, or content) at any time by posting a notice on the Site or by sending you notice through the Services, via e-mail or by another appropriate means of electronic communication. We may also impose limits on certain features and services or restrict your access to parts or all of the Services without notice or liability. While we will timely provide notice of modifications, it is also your responsibility to check these Terms of Service periodically for changes. Your continued use of the Services following notification of any changes to these Terms of Service constitutes acceptance of those changes, which will apply to your continued use of the Services going forward. Your use of the Services is subject to the Terms of Service in effect at the time of such use.

# Miscellaneous

1. **Entire Agreement and Severability.** These Terms of Service are the entire agreement between you and us with respect to the Services, including use of the Site, and supersede all prior or contemporaneous communications and proposals (whether oral, written or electronic) between you and us with respect to the Services. If any provision of these Terms

of Service is found to be unenforceable or invalid, that provision will be limited or eliminated to the minimum extent necessary so that these Terms of Service will otherwise remain in full force and effect and enforceable. The failure of either party to exercise in any respect any right provided for herein shall not be deemed a waiver of any further rights hereunder

2. **Force Majeure.** We shall not be liable for any failure to perform our obligations hereunder where such failure results from any cause beyond our reasonable control, including, without limitation, mechanical, electronic or communications failure or degradation.

3. **Assignment.** These Terms of Service are personal to you, and are not assignable, transferable or sublicensable by you except with our prior written consent. We may assign, transfer or delegate any of our rights and obligations hereunder without consent.

4. **Agency.** No agency, partnership, joint venture, or employment relationship is created as a result of these Terms of Service and neither party has any authority of any kind to bind the other in any respect.

5. **Notices.** Unless otherwise specified in these Terms of Service, all notices under these Terms of Service will be in writing and will be deemed to have been duly given when received, if personally delivered or sent by certified or registered mail, return receipt requested; when receipt is electronically confirmed, if transmitted by e-mail; or the day after it is sent, if sent for next day delivery by recognized overnight delivery service. Electronic notices should be sent to Support@Squeeze.com.

6. **No Waiver.** Our failure to enforce any part of these Terms of Service shall not constitute a waiver of our right to later enforce that or any other part of these Terms of Service. Waiver of compliance in any particular instance does not mean that we will waive compliance in the future. In order for any waiver of compliance with these Terms of Service to be binding, we must provide you with written notice of such waiver through one of our authorized representatives.

7. **Insurance.** I consent for Squeeze to shop for insurance rates on my behalf. Squeeze may contact me to further discuss and/or bind my quote. I understand Squeeze may run my Motor Vehicle Record and/or credit in order to provide me with accurate quotes and that neither will impact my credit score. I am under no obligation to purchase insurance.

# Lead Generation Program

For those participating in the Squeeze, LLC Lead Generation Program, we are happy to offer this opportunity to you, hereby known as the "Vendor/Supplier", to receive a payout by sending or submitting a "lead" as a "verified lead" via our Squeeze, LLC Lead Generation Program, in which "lead" includes any individual residing within the United States of America who is represented as one of your personal friends, family members, colleagues, customers, acquaintances, fans or followers via our Squeeze, LLC Lead Generation Program. Each new Vendor/Supplier will be provided a unique personal tracking link which can be shared with these "leads". Individual leads (the "leads") must visit the link and go through the landing page provided by Squeeze, LLC Lead Generation Program via the share link they were given by the Vendor/Supplier to go through the flow and answer a few short questions.

**Squeeze, LLC Lead Generation Program Rules and Limitations**

Vendors/Suppliers contracted with Squeeze, LLC Lead Generation Program may not break or violate any law, misrepresent or infringe upon the rights of a third party, and they may not behave in ways that are considered to be harmful, illegal, obscene, harassing, hateful or not within the mission and intent of the Squeeze, LLC Leads Generation Program. In Addition, the Vendor/Supplier may not act in an unfair manner or use disruptive behavior while representing or participating in the Squeeze, LLC Lead Generation Program. The Vendor/Supplier may not use any bot, system, or other variant of device or artifice to participate in or to receive any benefit in the Squeeze, LLC Lead Generation Program.

Vendors/Suppliers are not allowed to send or submit themselves as a lead, may not create fake accounts, pay for their friends to send or submit themselves as a verified lead, may not send or submit a person more than once, and may not create multiple Lead Generation Program accounts with Squeeze, LLC.

Additionally, the Vendor/Supplier may not attempt or participate in tampering with the Squeeze, LLC Lead Generation Program. This includes but is not limited to being prohibited to posting of the personal tracking codes on a site where it is known that no United States citizens are present within the audience. Squeeze LLC  is only interested in purchasing leads that represent individuals residing within the United States of America.

There is no purchase necessary to become a Vendor/Supplier in the Squeeze, LLC Lead Generation Program, and you do not have to be a Squeeze customer to qualify to participate as a vendor/supplier. Please note: the Squeeze, LLC Lead Generation Program may be subject to extra

restrictions in certain states within the USA in order to comply with applicable law.

Squeeze, LLC has the right to pause or cancel the Squeeze, LLC Lead Generation Program at anytime. Squeeze, LLC also has the right to make adjustments to the program as deemed necessary. If adjustments are required, all participating Vendors/Suppliers will be notified by the email address on file, and will be given the option to agree to the new terms or withdraw from the program.

**Lead Generation Program Compensation**

Any vendor/supplier who complies with the restrictions and guidelines set forth in these terms and submits an "Approved Verified Lead" (definition below) will be eligible to receive the specified compensation offered in the campaign they are participating in, but will be subject to the limitations set forth below. In order for a lead to be deemed valid as an "Approved Verified Lead", your "lead" must not be a current and existing Squeeze account or registered user.  Individual leads have to follow your link to go through the landing page/site provided. In order to be considered a "verified lead" the individual lead must go through the flow of the landing page answering a few short questions including submitting the code sent from their personal phone.  These leads will be put through security checks, and to make sure the individual is residing in the United States before considered "verified".

Compensation will be given in the form of PayPal cash (or as otherwise decided by Squeeze, LLC), which can be subject to PayPal's terms and conditions. Any payment given will not exceed $575 per fiscal year, unless the Squeeze, LLC Marketing Team invites you to continue as part of an elite lead generation team which requires signing an IRS form 1099-MISC. ALL payments are subject to a brief delay for security checks and other verification. Squeeze, LLC reserves the right to delay compensation in pending status for the purposes of further investigation for the reasons including, but not limited to receiving a fraud alert or noticing other signs of risk. Squeeze, LLC reserves the right to refuse to verify and process any lead generation transaction for any reason.

**Lead Generation Program Liability**

YOU, THE VENDOR/SUPPLIER, ACKNOWLEDGE THAT YOU UNDERSTAND AND HEREBY AGREE THAT THE INDEMNIFIED PARTIES (WHICH ARE DEFINED BELOW) SHALL NOT BE HELD LIABLE AT ANY TIME TO YOU OR YOUR LEAD "FRIEND" FOR ANY ACTUAL, DIRECT, INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL, ECONOMIC OR EXEMPLARY

DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOSS OF GOODWILL OR LOSS OF PROFITS) ARISING FROM, RELATED TO, UNDER, AND/OR IN CONNECTION WITH THE SQUEEZE, LLC LEAD GENERATION PROGRAM, EVEN IF YOU WERE ADVISED OF THE POSSIBILITY OF THE SAME. By choosing to participate in the Squeeze, LLC Lead Generation Program, you agree to indemnify, defend, and hold harmless Squeeze, LLC and its subsidiaries, affiliates, and its and their respective attorneys, directors,  officers, employees, independent contractors, insurers, successors, agents and assigns (the "Indemnified Parties") from and against any and all liabilities that could be incurred in connection with your breach or violation of this Agreement; and/or your use of software crawlers, software robots, spiders, or any similar data collecting and extracting tools, or any other action you may take that puts an unreasonable burden on the Squeeze, LLC infrastructure; and your violation of any law, or the rights of any third party. Squeeze, LLC reserves the right, in its own sole discretion, to assume the exclusive defense and control at its own expense of any matter otherwise subject and pertaining to your indemnification. You will not, for any reason, attempt or proceed to settle any claim or matter without first acquiring the written consent of Squeeze, LLC. TO THE FULLEST EXTENT POSSIBLE BY LAW, THE INDEMNIFIED PARTIES' MAXIMUM LIABILITY THAT MAY ARISE OUT OF OR IN CONNECTION WITH THE SQUEEZE, LLC LEAD GENERATION PROGRAM, REGARDLESS OF THE INITIAL CAUSE OF ACTION (WHETHER IN CONTRACT, BREACH OF WARRANTY, TORT, OR OTHERWISE), SHALL BE $100.00.

**Lead Generation Program ("Spam") Email and Bulk Distribution**

Each Vendor/Supplier is the represented actual sender of the emails and must comply with any and all applicable laws. Lead attraction emails for the purpose of generating a lead need to be designed and sent out with a personal approach that is appropriate and expected for sending communications to friends, family members, colleagues, fans or followers. It is expressly prohibited to use bulk personal link distribution, any distribution to strangers, or any other use of the services described herein in a manner that is not promoted by the Squeeze, LLC Lead Generation Program, and sending emails in this manner may be grounds for further legal action. Squeeze, LLC has no obligation to monitor any communications for the Lead Generation Program or any other communications you send to third parties; however, Squeeze, LLC has the right to choose to do so, and may prohibit the use of the Lead Generation Program. Vendors/Suppliers who do not choose to comply with the law, which includes the anti-spam laws, are obligated to indemnify Squeeze, LLC  against any costs, liabilities, and expenses it could incur as a direct or indirect result of such spam.

**Lead Generation Program Right to Cancel, Terminate or Modify**

We reserve the right to cancel, terminate, or modify the Squeeze, LLC Lead Generation Program at any given time and for any reason we deem necessary either with or without notice. Squeeze, LLC reserves the right to investigate and inspect any and all lead generation activities, communications or transactions, and if necessary, may suspend accounts or not purchase leads (not pay commission rewards) if we suspect or identify any unusual activity that we believe can be considered fraudulent, abusive, or in a violation of the Squeeze, LLC Lead Generation Program terms or these Terms. In addition, we reserve the right to disqualify any Vendor/Supplier participating in the Squeeze, LLC Lead Generation Program at any time from participation in the Squeeze, LLC Lead Generation Program if Squeeze, LLC has a good faith belief that this individual known as the "Vendor/Supplier" has violated any of these Terms.

**Anti-Money Laundering (AML) Prevention and Reporting**

At Squeeze, LLC we aim to observe, discover, detect, monitor, and prevent any transactions that may appear to involve any type of fraud, terrorist financing, money laundering, or may appear to show any other illegal activity, and therefore aim to observe and report situations appearing applicable as may be required by the law. Squeeze, LLC reserves the right to refuse service and to deny participation, or deny purchase/commission rewards to anyone in which we may have a reasonable suspicion of any form of violations to any applicable law.

# Contact

Squeeze, LLC.
901 NW 35th Street
Boca Raton, FL 33431, USA

Effective Date: January 1st, 2019