IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 4:25-cv-00397-JM |
| Plaintiff, | : : : | |
| v. | : : | |
| GULFSTREAM RISK PARTNERS, LLC d/b/a. SQUEEZE INSURANCE, | : : : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Derrance Harris ("Plaintiff"), pursuant to Local Rule 6.2 and through counsel, respectfully moves for an extension of time up to and including July 3, 2025, in which to respond to Defendant Gulfstream Risk Partner, LLC's ("Defendant") responsive pleading. The further time is required to address the factual underpinnings and legal issues raised in the motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting this Unopposed Motion for Extension of Time and extending its time to file its response to Defendant's motion to July 3, 2025.

Dated: June 10, 2025

*/s/ Anthony I. Paronich,*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043.
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*