**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| DERRANCE HARRIS on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE<br><br>Defendant. | Case No. 4:25-CV-00397-JM |

**DECLARATION OF DERRANCE HARRIS**

I, DERRANCE HARRIS declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am the plaintiff in Harris v. Gulfstream Risk Partners LLC (No. 4:25-cv-00397, E.D. Ark.). I make this declaration in support of my opposition to Defendant's motion to compel arbitration and to strike class allegations.

2. I never visited Squeeze.com on or around June 7, 2024—or at any other time. I did not navigate to that website, create an account, or become a "Squeeze member."

3. I never searched online for the type of insurance Squeeze markets. At the time, I was satisfied with my existing coverage and had no reason to comparison-shop.

4. I have never entered my name, e-mail address, telephone number, or any other personal information on Squeeze.com. Accordingly, I have never clicked any "submission," "sign-up," or "I agree" button associated with that site or its Terms of Service.

5. On June 7, 2024, and during the surrounding period, I used only my home internet connection. When my counsel compared the IP address Squeeze claims visited its site to the IP address assigned to me by my internet-service provider, the two did not match.

6. I did not authorize anyone else to visit Squeeze.com, enter my information, or consent on my behalf.

7. Despite never providing Squeeze—or any affiliate acting for Squeeze—with my number or consent, I began receiving Squeeze marketing text messages in or about May 2025.

8. I immediately objected and revoked any purported consent—both by replying "STOP" to each message and by calling the phone number listed in the texts. The texts nevertheless continued.

9. At all times relevant, I had no relationship with Squeeze.

10. I had no pending insurance application, and no need or desire to receive marketing communications from Squeeze.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of June, 2025

_____

**Derrance Harris**