IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br>    *Defendant*. | Case No. 4:25-CV-00397-JM |

**DEFENDANT GULFSTREAM RISK PARTNERS, LLC
d/b/a SQUEEZE INSURANCE'S UNOPPOSED MOTION
<u>FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING</u>**

Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), by and through undersigned counsel, and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6.2(a), respectively requests a two-week extension of time, up to and including July 30, 2025, to complete the 26(f) conference. In support of its Motion, Squeeze states as follows:

1. The Court ordered that the 26(f) conference shall be completed by July 23, 2025. Doc. 14.

2. The parties have begun the 26(f) conference, but it has not yet been completed. There are several pending 26(f) issues that the parties have not yet had an opportunity to fully discuss.

3. The parties have conferred, and have agreed that the 26(f) conference should be continued July 30, 2025 to allow them to complete the 26(f) conference.

4. The Court has also ordered that the 26(f) report shall be filed by August 6, 2025. Doc. 14.

5. Extending the 26(f) conference deadline to July 30, 2025 as requested will still allow for the parties to timely meet the existing deadline for the 26(f) report to be filed.

6. Accordingly, Squeeze respectfully requests a one-week extension of time, up to and including July 30, 2025, for the parties to complete the 26(f) conference.

7. On July 22, 2025, Plaintiff's counsel confirmed via email that they had no objection to the relief sought in this Motion.

8. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that "the [C]ourt may for good cause, extend time . . . with or without motion or notice if the [C]ourt acts, or if a request is made, before the original time or its extension expires."

9. This Motion is made in good faith and is not interposed for the purposes of harassment or delay. No party will be prejudiced by the Court's granting of Squeeze's motion.

**WHEREFORE**, Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance respectfully requests that the Court enter an Order granting this Unopposed Motion and allowing both parties an additional one week, up to and including July 30, 2025, to complete the 26(f) conference, and for any other relief to which it is entitled.

Dated: July 23, 2025

Respectfully submitted,

**GULFSTREAM RISK PARTNERS, LLC**
 **d/b/a SQUEEZE INSURANCE**

Devin R. Bates (Ark. Bar No. 2016184)
Abigail Grimes (Ark. Bar No. 2024215)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Fax: (501) 688-8807
dbates@mwlaw.com
agrimes@mwlaw.com

*and*

Harley Storrings (*Pro Hac Vice*)
STORRINGS LAW
3200 N University Dr Ste 203
Coral Springs, FL  33065
Phone: (954) 302-7148
Email: *harley@storringslaw.com*