IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br>*Defendant*. | Case No. 4:25-CV-00397-JM |

**MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION
FOR PHASED LIMITED DISCOVERY AND MOTION FOR PROECTIVE ORDER**

Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), by and through its attorneys, Storrings Law and Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for its Motion for Leave to File its Reply in Support of the Motion for Phased Limited Discovery and Motion for Protective Order and Brief in Support thereof (Docs. 20 and 21), submits the following:

1. On April 22, 2025, Plaintiff Derrance Harris ("Plaintiff") filed the putative class action against Defendant Squeeze under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA") (Doc. 1).

2. Defendant consequently filed a Motion to Compel Arbitration and Brief in Support because Plaintiff's claims are subject to a binding and enforceable arbitration agreement (Docs. 12 and 13).

3. Plaintiff filed his Response in Opposition and Supporting Declaration (Doc. 17).

4. To the extent the Court determines the evidence is insufficient to grant the Motion to Compel Arbitration, Defendant filed a Motion for Phased Limited Discovery and Motion for Protective Order and Brief in Support thereof (Docs. 20 and 21).

5. Plaintiff filed his opposition to this Motion for Phased Limited Discovery and Motion for Protective Order (Doc. 23).

6. Defendant requests the opportunity to file a Reply in Support of its Motion for Phased Limited Discovery and Motion for Protective Order.

7. Defendant requests to file a reply to address the following points: (1) highlight key concessions made by Plaintiff that are fatal to his opposition in response, and (2) responding to the case law cited by Plaintiff because that case law is not accurately presented by Plaintiff and Defendant should be given a chance to point out those issues.

8. Accordingly, Squeeze has prepared and attached a proposed Reply as "Exhibit A" to this Motion for Leave.

WHEREFORE, Squeeze respectfully requests that the Court grant it leave to file the proposed Reply appended hereto in further support of its pending Motion for Phased Limited Discovery and Motion for Protective Order, and for any and all other just and proper relief for which it is entitled.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 18, 2025 | Devin R. Bates (Ark. Bar No. 2016184)<br>Abigail Grimes (Ark. Bar No. 2024215)<br>MITCHELL, WILLIAMS, SELIG,<br>GATES & WOODYARD, PLLC<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201<br>Telephone: (501) 688-8800<br>Fax: (501) 688-8807<br>*dbates@mwlaw.com*<br>*agrimes@mwlaw.com*<br><br>*and*<br><br>Harley Storrings (*Pro Hac Vice*)<br>STORRINGS LAW<br>3200 N University Dr Ste 203<br>Coral Springs, FL  33065<br>Phone: (954) 302-7148<br>Email: *harley@storringslaw.com*<br><br>*Attorneys for Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance* |