IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRANCE HARRIS, on behalf of himself
and others similarly situated,

    *Plaintiff*,

v.

GULFSTREAM RISK PARTNERS, LLC
d/b/a SQUEEZE INSURANCE,

    *Defendant*.

Case No. 4:25-CV-00397-JM

**MOTION TO WITHDRAW**

    The undersigned attorney, Abigail M. Grimes, for her Motion to Withdraw as counsel of record for Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), states as follows:

    1.    The undersigned attorney, Abigail M. Grimes, will be leaving the firm of Mitchell, Williams, Selig, Gates & Woodyard, PLLC. Accordingly, the undersigned attorney respectfully requests an Order permitting her withdrawal and relieving her of further participation in this matter.

    2.    The undersigned attorney's request will not prejudice any party or cause undue delay. Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), will continue to be represented by Devin R. Bates with Mitchell, Williams, Selig, Gates & Woodyard, PLLC.

3.       Pursuant to Local Rule 83.5 of this Court, notice has been given to the client through its current counsel, and notice is being given to all counsel of record with the filing of this motion.

**WHEREFORE**, the undersigned attorney, Abigail M. Grimes, respectfully requests that her Motion to Withdraw be granted, that the Court enter an Order allowing her to withdraw as counsel of record and relieving her from further obligations in this matter, and for all other relief to which she is entitled.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 W. Capitol, Suite 1800
Little Rock, AR  72201
Telephone:  (501) 688-8800
agrimes@mwlaw.com

By: *Abigail M Grimes*
Abigail Grimes, Ark. Bar No. 2024215