IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE,<br><br>    *Defendant*. | Case No. 4:25-CV-00397-JM |

**MOTION TO CONTINUE TRIAL
AND MODIFY FINAL SCHEDULING ORDER**

Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), by and through its attorneys, Storrings Law and Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., submits the following Motion to Continue Trial and Modify Scheduling Order:

1. This Court entered a Final Scheduling Order on August 19, 2025. The trial is currently set for some time during the week of June 15, 2026. Doc. #26.

2. Undersigned counsel has a preexisting two-week jury trial scheduled for June 22, 2026, in Polk County Circuit Court, Case No. 57CV-24-109.

3. As such, the preexisting case and its corresponding trial date make it practically impossible to adequately prepare for both trials due to their close proximity with one another.

4. Undersigned counsel for Squeeze is pursuing this action diligently and is providing this Motion to Continue the trial date promptly with good cause. *See* Fed. R. Civ. P. 16(b), Advisory Committee Note (1983 Amendment) ("[T]he court may modify the schedule on a showing of good cause if it cannot reasonably be met despite the diligence of the party seeking the extension.").

1

5. Good cause exists to support modification of the Final Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4) due to undersigned counsel's conflict with a preexisting trial date.

6. Therefore, Defendant moves for a continuance of the trial date to later in 2026—August 2026 or later—at a date which is most convenient for this Court.

7. This Motion is accompanied by a brief in support pursuant to Local Rule 7.2.

8. Pursuant to Local Rule 6.2, the Defendant's counsel has contacted Plaintiff's counsel, who states that he does not oppose this Motion.

WHEREFORE, Defendant Squeeze respectfully requests that this Court vacate the Final Scheduling Order and enter a Modified Scheduling Order.

Respectfully submitted,

Dated: September 29, 2025

Devin R. Bates (Ark. Bar No. 2016184)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Fax: (501) 688-8807
*dbates@mwlaw.com*
*agrimes@mwlaw.com*

and

Harley Storrings (*Pro Hac Vice*)
STORRINGS LAW
3200 N University Dr Ste 203
Coral Springs, FL  33065
Phone: (954) 302-7148
Email: *harley@storringslaw.com*

*Attorneys for Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance*