IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated, | |
| *Plaintiff*, | Case No. 4:25-CV-00397-JM |
| v. | |
| GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE, | |
| *Defendant*. | |

**BRIEF IN SUPPORT OF MOTION TO CONTINUE TRIAL
AND MODIFY FINAL SCHEDULING ORDER**

Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance ("Squeeze"), by and through its attorneys, Storrings Law and Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., submits the following Brief in Support of its Motion to Continue Trial and Modify Scheduling Order:

Rule 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." There is good cause for modification of the Final Scheduling Order. *See Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 716-17 (8th Cir. 2008) (collecting cases and explaining "good cause" standard). According to the Eighth Circuit, "[t]he primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." *Bradford v. DANA Corp.*, 249 F.3d 807, 809 (8th Cir. 2001). "The court may modify the schedule on a showing of good cause if it cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16, Advisory Committee Note (1983 Amendment).

1

The final scheduling order for this case sets the trial date for the week of June 15, 2026. Here, good cause exists to continue the current trial date setting because undersigned counsel for Squeeze has a conflict with this date due. Specifically, undersigned counsel has a two-week jury trial beginning Monday, June 22, 2026 in Polk County Circuit Court, Case No. 57CV-24-109. That Polk County trial has been scheduled since July 22, 2025, which is before this Court set this trial.

For practical purposes, this preexisting trial date is too close to the June 15, 2026 date ordered by the Court to prepare for both trials adequately. Undersigned counsel for Squeeze is therefore demonstrating diligence and good cause in its efforts to move the Court to vacate the Final Scheduling Order and enter a Modified Scheduling Order. Specifically, undersigned counsel requests that the trial be scheduled in August 2026 or later, as the month of July 2026 has a notable personal conflict involving a planned out-of-town trip.

Undersigned counsel has conferred with counsel for the Plaintiff, who has stated that he does not oppose this Motion.

WHEREFORE, Defendant Squeeze respectfully requests that the Court vacate the Final Scheduling Order and enter a Modified Scheduling Order with a trial date for August 2026 or later, at a date most convenient for the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 29, 2025 | Devin R. Bates (Ark. Bar No. 2016184)<br>MITCHELL, WILLIAMS, SELIG,<br>GATES & WOODYARD, PLLC<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201<br>Telephone: (501) 688-8800<br>Fax: (501) 688-8807<br>*dbates@mwlaw.com*<br>*agrimes@mwlaw.com*<br><br>and<br><br>Harley Storrings (*Pro Hac Vice*)<br>STORRINGS LAW<br>3200 N University Dr Ste 203<br>Coral Springs, FL  33065<br>Phone: (954) 302-7148<br>Email: *harley@storringslaw.com*<br><br>*Attorneys for Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance* |

3