**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

DERRANCE HARRIS, on behalf of himself
and others similarly situated,

    *Plaintiff*,

v.                                                                                      **Case No. 4:25-CV-00397-JM**

GULFSTREAM RISK PARTNERS, LLC
d/b/a SQUEEZE INSURANCE,

    *Defendant*.

**NOTICE OF APPEARANCE**

Sarah Gold of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., hereby enters her appearance as counsel on behalf of Defendant Gulfstream Risk Partners, LLC d/b/a Squeeze Insurance and requests that she receive copies of any and all further notices, pleadings or correspondence in this matter from this point forward.

Dated this 23rd day October, 2025.

Respectfully submitted,

Sara Gold (Ark. Bar No. 2024081)
**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, PLLC**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Fax: (501) 688-8807
sgold@mwlaw.com

*Attorneys for Gulfstream Risk Partners, LLC*
*d/b/a Squeeze Insurance*