**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| DERRANCE HARRIS, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 4:25-cv-00397-JM |
| Plaintiff, | : : | |
| v. | : : | **PLAINTIFF'S MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| GULFSTREAM RISK PARTNERS, LLC d/b/a. SQUEEZE INSURANCE, | : : : | |
| Defendant. | : | |

_____/

<u>**MOTION TO ADMIT COUNSEL PRO HAC VICE**</u>

Plaintiff Derrance Harris ("Plaintiff") for his motion to admit counsel *pro hac vice* states:

1.      Dana J. Oliver is the principal of Oliver Law Center, Inc., 8780 19th Street #559, Rancho Cucamonga, CA 91701.

2.      Mr. Oliver is a member in good standing of the State Bar of California and the United States District Court for the Southern District of California, Eastern District of California, Northern District of California, and Central District of California. See *Exhibit A, CA Certificate of Good Standing*.

3.      Mr. Oliver states that he will comply with the Local Rules for the United States District Court for the Eastern District of Arkansas, and all procedural requirements of this Court.

4.      Mr. Oliver requests admittance to appear *pro hac vice* for the Plaintiffs, Derrance Harris and others similarly situated.

5.      In accordance with Local Rule 83.5(d), Mr. Oliver designates Jason Ryburn of the Ryburn Law Firm, PLLC, a member in good standing of the Arkansas Bar, and this Court, as his local counsel. Jason Ryburn's Arkansas State Bar Number is #2012148.

WHEREFORE, the Plaintiff requests that this motion be GRANTED.


Dated: November 6, 2025

/s/ Jason M. Ryburn,
Jason Ryburn
Ryburn Law Firm, PLLC
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
[o] (501) 228-8100
[f] (501) 228-7300
jason@ryburnlawfirm.com


/s/ Dana J. Oliver,
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
[o] (855) 384-3262
[f] (888) 570-2021
dana@danaoliverlaw.com


*Counsel for Plaintiff*