# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DERRANCE HARRIS on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GULFSTREAM RISK PARTNERS, LLC d/b/a SQUEEZE INSURANCE<br><br>　　　　Defendant. | Case No. 4:25-CV-00397-JM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: December 16, 2025　　　　PLAINTIFF,


　　　　　　　　　　　　　　　　/s/ Anthony Paronich
　　　　　　　　　　　　　　　　Anthony Paronich
　　　　　　　　　　　　　　　　Email:  anthony@paronichlaw.com
　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　Telephone:  (617) 485-0018
　　　　　　　　　　　　　　　　Facsimile:  (508) 318-8100

DEFENDANT,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

By: */s/ Devin R. Bates*
Devin R. Bates, ABN 2016184